**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

| | |
|---|---|
| NELSON L. BRUCE,<br>Plaintiff - Appellant,<br><br>vs.<br><br>PENTAGON FEDERAL CREDIT UNION, a/k/a PENFED; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; UNKNOWN DOES 1-100; LEXISNEXIS RISK SOLUTIONS, INC.; LEXISNEXIS RISK SOLUTIONS FL, INC.; and LEXISNEXIS RISK DATA MANAGEMENT INC.;<br>Defendants-Appellees. | Case No. 26-1667<br><br>**DEFENDANT-APPELLEES EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC AND TRANS UNION LLC'S JOINT MOTION FOR EXTENSION OF TIME TO FILE INFORMAL RESPONSE BRIEF** |

---

Defendant-Appellees Experian Information Solutions, Inc. ("Experian"), Equifax Information Services, LLC ("Equifax"), and Trans Union, LLC ("Trans Union"), and (collectively referred to as the "CRA Appellees") by their counsel and pursuant to Fed. R. App. P. 26(b), hereby move for an extension of time in which to file their Informal Response Brief by thirty (30) days, until November 4, 2026. The current deadline for filing the Informal Response Brief is October 5, 2026, and thus this motion is timely since the time to file such brief has not yet expired, and this request is made more than seven (7) days prior to the current deadline.

CRA Appellees have good cause to seek this extension of time as CRA Appellees are considering the filing of a Joint Brief pursuant to Federal Rule of

Appellate Procedure 28(i). CRA Appellees believe that such coordination will conserve the resources of the parties as well as the Court, however such coordination will require some additional time for the parties to confer, draft and seek client approval of a Joint Brief.

In addition, Trans Union's lead counsel, Camille R. Nicodemus, will be centrally involved in the briefing of this case during the same period of time in which she is briefing other appellate matters pending before the 9th Circuit Court of Appeals and New York State Court of Appeals, including:

*Brian Bohan v. Trans Union LLC,* Case No. 26-3245 (9th Circuit), due October 28, 2026; *Chiddy Golden v. Trans Union LLC,* Case No. 26-3990 (9th Circuit), due October 30, 2026; *Chaz Partosan v. Trans Union LLC,* Case No. 2025-13448 (New York State Court of Appeals, Second Department) due September 28, 2026; *Michael Becker v. Trans Union, LLC*, Case No. 2025-15113 (New York State Court of Appeals, Second Department) due October 9, 2026; and *Carlos Montalvo Jr., v. Trans Union, LLC*, Case No. 2025-12859 (New York State Court of Appeals, Second Department) due October 14, 2026.

A thirty (30) day extension of time is requested for a proper and just purpose and will not result in any prejudice to the Plaintiff-Appellant.

For these reasons, good cause being shown, Defendant-Appellees Trans Experian Information Solutions, Inc., Equifax Information Services, LLC, and Trans

Union LLC, respectfully request extending their Informal Response Brief deadline until November 4, 2026.

Respectfully submitted,

*__/s/ Camille R. Nicodemus__*
Camille R. Nicodemus Esq.
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 601
Fax: (317) 899-9348
E-Mail: cnicodemus@qslwm.com

*Lead Counsel for Defendant-Appellee,*
*Trans Union LLC*

*__/s/Miriam Weinstock (with consent)__*
Miriam Weinstock, Esq.
Venable, LLP
750 East Pratt St., Suite 900
Baltimore, MD 21202
Telephone: (410) 244-7504
E-Mail: mweinstocker@venable.com

*Counsel for Defendant-Appellee Experian*
*Information Solutions, Inc.*

*/s/Eric F. Barton (with consent)*
Eric F. Barton, Esq.
Seyfarth Shaw LLP
1075 Peachtree Street NE, Suite 2500
Atlanta, GA  30309
Telephone: (404) 885-6772
Fax: (404) 724-1772
E-Mail;  ebarton@seyfarth.com

*Counsel for Defendant-Appellee Equifax Information Services LLC*

## <u>CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS</u>

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) this document contains 376 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2011 in Times New Roman size 14 font.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **24th day of September, 2026**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Eric F. Barton, Esq.<br>ebarton@seyfarth.com | Michael A. Graziano, Esq.<br>Mgraziano@eckertseamans.com |
| Sarah A. James, Esq.<br>sjames@eckertseamans.com | George T. Thames, Esq.<br>tthames@wjcblaw.com |
| Lyndey R. Z. Bryant, Esq.<br>Lyndey.bryant@arlaw.com | Miriam Weinstock, Esq.<br>mweinstock@venable.com |
| Rita B. Barker, Esq.<br>rbarker@wyche.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **24th day of September, 2026** properly addressed as follows:

| | |
|---|---|
| Nelson L. Bruce<br>144 Pavillon St.<br>Summerville, SC 29483<br>Nelson.globalcommute@gmail.com | |

*/s/ Camille R. Nicodemus*

Camille R. Nicodemus Esq.
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 601
Fax: (317) 899-9348
E-Mail: cnicodemus@qslwm.com

*Lead Counsel for Defendant-Appellee,*
*Trans Union LLC*