FILED: September 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1667
(2:22-cv-02211-BHH)

---

NELSON L. BRUCE

Plaintiff - Appellant

v.

PENTAGON FEDERAL CREDIT UNION, a/k/a PENFED; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; UNKNOWN DOES 1-100

Defendants - Appellees

and

LEXISNEXIS RISK DATA MANAGEMENT INC.; LEXISNEXIS RISK SOLUTIONS FL, INC.; LEXISNEXIS RISK SOLUTIONS, INC.

Defendants

---

O R D E R

---

Upon consideration of the motion for extension of the informal briefing schedule, the court extends the time for serving and filing the informal response brief to 11/04/2026.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk